IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MONROEVILLE CHRYSLER, LLC, )
       Plaintiff, )
        )
vs )  Civil Action 06-657
        )
DAIMLERCHRYSLER MOTORS )
COMPANY LLC; DAIMLERCHRYSLER )
CORPORATION; and JOHN DOES 1-10, )
       Defendants. )

O R D E R

AND NOW, this 19th day of Nov., 2007, after the plaintiff filed an amended complaint in the above-captioned case, and after the defendants submitted a motion to dismiss the amended complaint, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the defendants, as well as the plaintiff's response to those objections, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation which is adopted as the opinion of the Court,

IT IS ORDERED that that the defendants' motion to dismiss the amended complaint (Document No. 34) is granted as to Counts II, III, IV, VII and VIII and denied in all other respects.

*/s/ Donetta W. Ambrose*
United States District Judge

cc: All Counsel of Record

Honorable Robert C. Mitchell
United States Magistrate Judge